# Court of Appeals
# of the State of Georgia

ATLANTA,____June 30, 2015_____

*The Court of Appeals hereby passes the following order:*

**A15I0224.  L.E. SCHWARTZ & SONS, INC. v. YATECA JACKSON.**

On May 12, 2015, the trial court denied defendant L.E. Schwartz & Sons, Inc.'s motion for summary judgment.  The trial court signed a certificate of immediate review on May 21, 2015, and L.E. Schwartz & Sons, Inc. filed this application for interlocutory appeal on June 10, 2015.

Under OCGA § 5-6-34(b), an application for interlocutory appeal must be filed within 10 days of the date on which a timely certificate of immediate review is entered in the court below.  *Genter v. State*, 218 Ga. App. 311 (460 SE2d 879) (1995).  Because this application was filed 20 days after entry of the certificate of immediate review, it is untimely and is therefore DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,_____06/30/2015_____*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*